Upon the record we find that the plaintiff has failed to support its claim and it is therefore overruled.

Judgment will be entered accordingly.

**No. 53360.**—Loewengart & Co. et al. *v.* United States, protests 54311–K, etc. (New York).

Opinion by EKWALL, J.   It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142).   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved.

**No. 53361.**—Balfour, Guthrie & Co., Ltd. *v.* United States, protest 79225–K (New York).

Opinion by EKWALL, J.   It was stipulated that the issue herein is the same in all material respects as that presented in *The Otto Gerdau Co.* v. *United States* (21 Cust. Ct. 24, C. D. 1120) and *Mamary Bros., Inc.* v. *United States* (id. 135, C. D. 1142).   In accordance therewith it was held that the currency of the invoice should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry.

**No. 53362.**—Barrie Morell & Co. et al. *v.* United States, protests 92455–K, etc. (New York).

Opinion by EKWALL, J.   It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142).   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved.

**No. 53363.**—Oldetyme Distillers, Inc., et al. *v.* United States, protests 73147–K, etc. (New York).